UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALEE MORRIS,

    Plaintiff,

v.

DANIEL PARAMO,

    Defendant.

Case No. 14-cv-02108-VC

**JUDGMENT**

The petition for writ of habeas corpus having been dismissed with prejudice, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: April 8, 2015

_____
VINCE CHHABRIA
United States District Judge