UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONDALEE MORRIS,

    Petitioner,

    v.

DANIEL PARAMO,

    Respondent.

Case No. 14-cv-02108-VC  (PR)

**ORDER FOR RESPONDENT TO RESPOND TO MOTION FOR RECONSIDERATION**

On April 8, 2015, the Court granted Respondent's motion to dismiss Condalee Morris' *pro se* petition for a writ of habeas corpus on the ground that it was untimely. *See* Dkt. No. 21. On April 27, 2015, Morris filed a motion for reconsideration under Federal Rule of Civil Procedure 60. Morris claims that, because he never received a final denial of his grievance at the director's level of review, the statute of limitations provided in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244(d)(1), is inapplicable.

Respondent has not filed a response to the motion for reconsideration. The Court directs Respondent to file a response to the motion, within fourteen days from the date of this order. Morris may, but is not required to, file a reply within fourteen days after Respondent files his response. The motion shall be submitted on the day the reply is due.

**IT IS SO ORDERED**.

Dated: June 8, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONDALEE MORRIS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PARAMO,<br>　　　　Defendant. | Case No.   14-cv-02108-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on June 8, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Condalee Morris ID: V-96203
Salinas Valley State Prison D-1-112
31625 Hwy 101
Soledad, CA 92960

Dated: June 8, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2